UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 21-10065-CIV-MARTINEZ-BECERRA

PATRICK COMACK,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting
Commissioner for Social Security,

    Defendant.
_____/

**OMNIBUS ORDER ON REPORT AND RECOMMENDATION &
APPEAL OF ORDER ON EMERGENY MOTION**

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on various motions filed by the parties: Defendant's Motion to Dismiss for Insufficient Service of Process, (ECF No. 11); Plaintiff's Motion for Default Judgment, (ECF No. 12); Plaintiff's Motion for Preliminary Injunction, (ECF No. 15); Defendant's Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction, (ECF No. 19); Plaintiff's Motion to Unrestrict PACER Access and Audit Page Count of Plaintiff Filings ("First PACER Motion"), (ECF No. 28). Plaintiff filed objections to the R&R ("Objections") (ECF No. 35), to which Defendant responded, (ECF No. 40).

**THIS MATTER** is also before the Court on Plaintiff's Appeal ("Appeal") of Judge Becerra's Order on Plaintiff's Emergency Motion to Unrestrict PACER Access ("Second PACER Motion"). (ECF No. 39).

Starting with the R&R, this Court has a duty to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). It also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The Court, having conducted a de novo review of the record and issues presented in the Objections, agrees with Magistrate Judge Becerra that Plaintiff's Complaint must be dismissed without prejudice for insufficient service of process and failure to exhaust administrative remedies. To that end, Plaintiff's Motion for Default Judgment and Motion for Preliminary Injunction are denied as moot. The Court **OVERRULES** Plaintiff's Objections.

Next, the Court addresses Plaintiff's Appeal of Judge Becerra's Order, (ECF No. 39), on Plaintiff's Second PACER Motion, (ECF No. 36). A district court may "reconsider any pretrial matter . . . where it has been shown that the magistrate's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). The Order on Plaintiff's Second PACER Motion is not clearly erroneous or contrary to the law. Indeed, Judge Becerra's Order provided Plaintiff with thorough and helpful information on CM/ECF Procedures. Plaintiff's Appeal is **DISMISSED**.

To the extent Plaintiff is having difficulties accessing electronic filings from the Court's docket due to the sealed nature of this matter, the Court **DIRECTS** the Clerk of Court to mail Plaintiff a hard copy of the docket sheet together with a copy of this Order. After reviewing the docket sheet, Plaintiff may file a notice requesting that the Clerk of Court mail a hard copy of specific filings to him. Plaintiff shall only request copies of those documents that he claims to have difficulties accessing. Plaintiff shall identify those documents requested in his notice by their docket entry number.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that

1. United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 34), is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion to Dismiss for Insufficient Service of Process, (ECF No. 11) and Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction, (ECF No. 19), are **GRANTED**.  This case is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff's Motion for Default Judgment, (ECF No. 12), is **DENIED AS MOOT**.

4. Plaintiff's Motion for Preliminary Injunction, (ECF No. 15), is **DENIED AS MOOT**.

5. Plaintiff's Appeal, (ECF No. 39), is **DISMISSED**.

6. The Clerk of Court is **DIRECTED** to mail a copy of this Order and the docket sheet to Plaintiff.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of March, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied provided to:
Magistrate Judge Becerra
All counsel of record